# United States Court of Appeals
## For the First Circuit

No. 14-1962

THOMAS R. MASON,

Plaintiff, Appellant,

v.

TELEFUNKEN SEMICONDUCTORS AMERICA, LLC,
Defendant, Appellee.

**ERRATA SHEET**

The opinion of this court issued on July 29, 2015, is corrected as follows:

On page 3, renumber footnote 2 as footnote number 1, and renumber all subsequent footnotes accordingly.